IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 3:16-CR-221-K |
| | § | |
| ADRIAN VILLALOBOS (04) | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report of Forensic Evaluation of Defendant Adrian Villalobos submitted by the Bureau of Prisons, dated October 18, 2017 and filed on October 31, 2017 ("Report"), Doc. 124. On February 5, 2018, pursuant to this Court's referral, U.S. Magistrate Judge Renée Harris Toliver held a competency hearing regarding the Report, at which neither party offered any objection to the report or any evidence contrary to the Report's findings.

On the record at the hearing, the parties waived the 14-day objection period provided under 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b). Thus, the Court has reviewed the Magistrate Judge's proposed findings and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge.

It is **ORDERED** that the findings in the Report, Doc. 124, regarding competency, are hereby adopted.

The Court finds that Defendant Adrian Villalobos is competent to stand trial.

A scheduling order will issue setting this case for trial.

SO ORDERED.

Signed February 6th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE